UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                Plaintiff,                JUDGMENT

    v.

                                              20-cv-04639-KAM-PK

OFFERUP INC.,
                Defendant.
----------------------------------------------------------------X

        An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on February 18, 2021, directing the Clerk of Court to enter judgment; it is

        ORDERED and ADJUDGED that: 1) This Court has jurisdiction over the Action under 28 U.S.C. §1331 and 42 U.S.C. §12188; 2) The provisions of this Consent Decree shall be binding upon the Parties; 3)This Consent Decree is for settlement purposes only and does not constitute an admission by Defendant of any of the allegations contained in the Complaint or any other pleading in this Action, nor does it constitute any finding of liability against Defendant; 4) The Cowl's jurisdiction over *this* matter shall continue for 36 months; and 5) This Consent Decree shall be deemed as adjudicating, once and for all, the merits of each and every claim, matter, and issue that was alleged, or could have been alleged by Plaintiff in the Action based on, or arising out of, or in connection with, the allegations in the Complaint.

Dated: Brooklyn, New York                                Douglas C. Palmer
       February 18, 2021                                   Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                              Deputy Clerk